Prepared by: Donald F. Campbell, Jr. (DC8924)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Red Bank, N.J. 07701
(732) 741-3900
*Attorneys for Plaintiff, The Fund for Individual Potential*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE FUND FOR INDIVIDUAL POTENTIAL, | |
| Plaintiff, | **Civil Action No.** |
| v. | |
| ANTHONY S. GOLTSCH, MORGAN M. GOLTSCH, | |
| Defendant(s). | **COMPLAINT** |

The Fund for Individual Potential (the "*Plaintiff*") by way of complaint against Anthony S. Goltsch and Morgan M. Goltsch (hereinafter collectively referred to as "*Defendants*") by and through counsel, Giordano Halleran & Ciesla, P.C., says:

### NATURE OF THE ACTION

1. This action seeks to recover substantial damage suffered by Plaintiff due to Defendant's breach of contract by failing to fully perform their obligations under a certain Promissory Note.

## PARTIES

2. Plaintiff is a non- profit 501(c)(3) entity organized under the laws of New York.

3. Defendants are husband and wife and formerly were residents of Manchester, New Jersey, but upon information and belief now reside at 809 Deep River Way, Waxhaw, North Carolina, 28173.

## JURISDICTION AND VENUE

4. This Court possesses diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because Plaintiff, as a non-profit entity, each individual association member is a resident of New York or New Jersey, and Defendants are citizens of North Carolina. Additionally, the matter in controversy, exclusive of interests and costs, exceeds the sum or value of seventy-five thousand and 00/100 dollars ($75,000).

5. This court has jurisdiction over state law and common law claims asserted herein under the doctrines of ancillary and pendent jurisdiction and pursuant to the supplemental jurisdiction provision of 28 U.S.C. § 1367(a).

6. Venue is proper in the United States District Court for the District of New Jersey under 28 U.S.C. § 1391(b) and (c) as both parties conducted business within this judicial district, and as a substantial part of the events or omissions giving rise to the claims occurred in this District and Plaintiff principal place of business is in this District.

## SUMMARY OF CLAIMS

7. On September 17, 2020, Defendants executed a promissory note in favor of Plaintiff in the principal amount of $180,000.00 (the "*Note*"). A true and correct copy of the Note is attached as **Exhibit 1.**

8. In accordance with the terms of the Note, interest shall accrue in the amount of One Percent (1%) on the unpaid and outstanding principal balance of this note and shall be paid monthly in the amount of One Hundred Fifty and 00/100 Dollars ($150.00).

9. Pursuant to the Note, Defendants were required to repay the unpaid interest and principal on the Note in the amount of $180,000.00 by September 17, 2021 (the "*Maturity Date*"). See **Exhibit 1**, at ¶ 2.

10. In addition, the Note provided that, "in the event of commencement of suit to enforce payment of this note, the prevailing party shall be entitled to receive the costs of collection including reasonable attorneys' fees and court costs". See **Exhibit 1**, at ¶ 7.

11. Defendants have failed to satisfy the loan by the Maturity Date, as Defendants have made only a total of $5,500 in payments, but failed to satisfy all payments due.

12. No payments have been received since October 25, 2022.

13. As of the date of filing, the amount due and owing to Plaintiff under the Note is $180,000.00, accruing interest, attorneys' fees and costs and other costs of collection, all of which remain unpaid, in violation of the Note.

## FIRST COUNT
### (BREACH OF CONTRACT)

14. Plaintiff repeats and realleges each of the foregoing allegations of the Complaint as if set forth at length and repeated herein.

15. The Note is a valid and enforceable contract between the parties.

16. Plaintiff has fully performed its obligations under the Note.

17. Defendants have materially breached is obligations under the Note in that Defendant has failed and refused to pay the indebtedness to Plaintiff pursuant to the Note.

18. Plaintiff has been injured as a result of Defendant's conduct as set forth in detail above.

19. The Note allows for reasonable attorneys' fees.

**WHEREFORE**, Plaintiff demands judgment against the Defendants, jointly and severally, for the $180,000.00 principal, interest, attorneys' fees and costs, and any other relief the court deems fair, equitable and just.

## SECOND COUNT
### (UNJUST ENRICHMENT)

20. Plaintiff repeats and realleges each of the foregoing allegations of the Complaint as if set forth at length and repeated herein.

21. By providing the agreed upon loan proceeds under the Note to Defendant, Plaintiff bestowed a benefit upon Plaintiff.

22. Defendants have failed to repay the loan proceeds under the Note, and has instead retained the benefit of those funds.

23. Defendants will be unjustly enriched if it is permitted to retain the loan proceeds under the Note without repayment to Plaintiff.

**WHEREFORE**, Plaintiff demands judgment against the Defendants, jointly and severally, for the $180,000.00 principal, interest, attorneys' fees and costs, and any other relief the court deems fair, equitable and just.

.

GIORDANO, HALLERAN & CIESLA, PC
*Attorneys for Plaintiff,*
*The Fund for Individual Potential*

- 5 -

By: *Donald F. Campbell, Jr.*
DONALD F. CAMPBELL, JR.

Dated: March 17, 2023