Donald F. Campbell, Jr., Esq. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
(732) 741-3900
dcampbell@ghclaw.com

Attorneys for Plaintiff, The Fund for Individual Potential

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE FUND FOR INDIVIDUAL POTENTIAL<br><br>Plaintiff,<br><br>-against-<br><br>ANTHONY S. GOLTSCH, MORGAN M. GOLTSCH,<br><br>Defendants. | TRENTON VICINAGE<br><br>Civil Action No.<br>3:23-CV-01499-ZNQ-DEA<br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS ANTHONY S. GOLTSCH AND MORGAN M. GOLTSCH** |

TO:   Honorable Zahid N. Quraishi
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, 6W
Trenton, NJ 08608

Honorable Douglas E. Arpert
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, 4W
Trenton, NJ 08608

Anthony S. Goltsch
809 Deep River Way
Waxhaw, NC 28173

3245520-1

1

Morgan M. Goltsch
809 Deep River Way
Waxhaw, NC 28173

**PLEASE TAKE NOTICE** that Giordano, Halleran & Ciesla, P.C., counsel for Plaintiff, The Fund for Individual Potential ("Plaintiff" or "The Fund"), upon the accompanying memorandum of law on behalf of Plaintiff, The Fund for Individual Potential, the certification of Donald F. Campbell, Jr. Esq., and the exhibits annexed thereto, shall move before the United States District Court for the District of New Jersey, in front of the Honorable Zahid N. Quraishi and the Honorable Douglas E. Arpert at the United States Courthouse located at Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 at 10:00 a.m. on July 3, 2023, or as soon thereafter as counsel can be heard, for an order pursuant to Federal Rule of Civil Procedure 55(b)(2), for entry of a default judgment against defendants Anthony S. Goltsch and Morgan M. Goltsch in the amount of $189,110.49.

Dated: June 6, 2023

                                            **GIORDANO, HALLERAN & CIESLA, P.C.**
                                            Counsel for Plaintiff, The Fund for Individual Potential

                                            By:    */s/ Donald F. Campbell, Jr.*
                                                          DONALD F. CAMPBELL, JR., ESQ.

3245520-1