# GIORDANO, HALLERAN & CIESLA, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
WWW.GHCLAW.COM

**DONALD F. CAMPBELL. JR., ESQ.**
SHAREHOLDER
DCAMPBELL@GHCLAW.COM
DIRECT DIAL: (732) 219-5494

*Please Reply To:*
125 HALF MILE ROAD
SUITE 300
RED BANK, NJ 07701
(732) 741-3900
FAX: (732) 224-6599

Client/Matter No. 24291-01

January 30, 2024

**The Court construes Plaintiff's Response to the Order to Show Cause (ECF No. 13) as a notice of voluntary dismissal under Fed. R. Civ. P. 41. Accordingly, this matter is hereby DISMISSED WITHOUT PREJUDICE in accordance with Fed. R. Civ. P. 41(a)(2). The Clerk's Office is instructed to mark this matter CLOSED.**

**So Ordered this 25th day of March 2024.**

**s/ Zahid N. Quraishi**
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

**Via Electronic Case Filing**
The Honorable Zahid N. Quraishi, U.S.D.J.
The United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 4W
Trenton, NJ 08608

RE:  **The Fund for Individual Potential v. Anthony S. Goltsch, et al.**
     **Case No. 3:23-cv-01499 (ZNQ) (DEA)**

Dear Judge Quraishi:

This firm represents plaintiff, The Fund for Individual Potential, in connection with the above-referenced matter. Please accept this Letter Brief in lieu of a more formal submission in response to the *sua sponte* Order to Show Cause signed by Your Honor and filed on January 16, 2024.

Upon further review of the aforementioned Order to Show Cause, and review of the forum selection clause at paragraph 8 of the Note, we concede that this action should be brought in the Superior Court of New Jersey, as Plaintiff has a viable cause of action under New Jersey law. Accordingly, Plaintiff intends to file a complaint in state court.

Plaintiff respectfully requests the Court proceed with dismissing this matter without prejudice.

Respectfully submitted,

*/s/ Donald F. Campbell, Jr.*
DONALD F. CAMPBELL, JR.

DFC/CGS

RED BANK • TRENTON • NEW YORK CITY